UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Magistrate Case No. **'08 MJ 0201** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| **Fidel HERNANDEZ-Bello** ) | Attempted Entry After Deportation |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **January 30, 2008**, within the Southern District of California, defendant **Fidel HERNANDEZ-Bello**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 31st DAY OF **JANUARY, 2008**.

UNITED STATES MAGISTRATE JUDGE



## **PROBABLE CAUSE STATEMENT**

On January 30, 2008, at approximately 0415, a male individual later identified as **Fidel HERNANDEZ-Bello (Defendant)** attempted to enter the United States from Mexico at the San Ysido, California Port of Entry vehicle lanes. A Customs and Border Protection (CBP) officer discovered Defendant who was one of three undocumented aliens concealed in the crew cab of a 2000 Chevrolet Silverado truck driven by Jacob Shawn Estilow. CBP officers escorted Defendant, occupants, and the vehicle to secondary for further inspection.

Defendant was queried by fingerprint and photograph through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS returned a match to the query, identifying Defendant as a citizen of Mexico and a previously deported alien.

Further queries using the Immigration Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant is a citizen of Mexico with no legal documents to enter the United States. While conducting CIS and DACS queries, immigration service records indicate Defendant was deported from the United States by an immigration judge on or about November 7, 2005. Immigration service records also indicated no evidence that Defendant has applied for, nor received permission from the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security to legally re-enter the United States.