1  **KRIS J. KRAUS**
California State Bar No. 233699
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Kris_Kraus@fd.org

5  Attorneys for Mr. Fidel Hernandez-Bello

6

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

10  **(HONORABLE BARRY TED MOSKOWITZ)**

| 11 | UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0341-BTM |
|---|---|---|---|
| 12 | Plaintiff, | ) | DATE: March 21, 2008 |
| | | ) | TIME: 1:30 p.m. |
| 13 | v. | ) | |
| | | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 | FIDEL HERNANDEZ-BELLO, | ) | |
| | | ) | (1)  COMPEL DISCOVERY; |
| 15 | Defendant. | ) | (2)  PRESERVE EVIDENCE; AND |
| | | ) | (3)  GRANT LEAVE TO FILE FURTHER |
| 16 | | ) | MOTIONS. |

17  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
        CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:
18

19          PLEASE TAKE NOTICE that on March 21, 2008, at 1:30 p.m., or as soon thereafter as counsel

20  may be heard, defendant, Fidel Hernandez-Bello, by and through his attorneys, Kris J. Kraus, and Federal

21  Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1

## MOTIONS

2       Defendant, Fidel Hernandez-Bello, by and through his attorneys, Kris J. Kraus, and Federal

3   Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules

4   of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

5       (1)    Compel Discovery;

6       (2)    Preserve Evidence;  and

7       (3)    Grant Leave to File Further Motions.

8       These motions are based upon the instant motions and notice of motions, the attached statement of

9   facts and memorandum of points and authorities, the files and records in the above-captioned matter, and

10  any and all other materials that may come to this Court's attention prior to or during the hearing of these

11  motions.

12                                              Respectfully submitted,

13

14  Dated: March 7, 2008                         /s/ Kris J. Kraus
                                                 **KRIS J. KRAUS**
15                                               Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Fidel Hernandez-Bello
16                                               Kris_Kraus@fd.org

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3    information and belief, and that a copy of the foregoing document has been served this day upon:

4

5    U S Attorneys Office Southern District of California
     Email: Efile.dkt.gc2@usdoj.gov

6
     and
7
     Carlos Arguello
8    Email: Carlos.Arguello@usdoj.gov

9

10   Dated: March 7, 2008                               /s/  Kris J. Kraus
                                                       KRIS J. KRAUS
11                                                     Federal Defenders
                                                       225 Broadway, Suite 900
12                                                     San Diego, CA 92101-5030
                                                       (619) 234-8467  (tel)
13                                                     (619) 687-2666  (fax)
                                                       e-mail: kris_kraus@fd.org
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28