**KRIS J. KRAUS**
California State Bar No. 233699
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Kris_Kraus@fd.org

Attorneys for Mr. Fidel Hernandez-Bello

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0341-BTM |
| Plaintiff, | ) | |
| v. | ) | JOINT MOTION TO CONTINUE HEARING |
| FIDEL HERNANDEZ-BELLO, | ) | |
| Defendant. | ) | |

Good cause appearing, **IT IS HEREBY AGREED BETWEEN THE PARTIES**, Kris J. Kraus, and Federal Defenders of San Diego, counsel for Mr. Hernandez-Bello, along with Assistant United States Attorney Carlos Arguello, that the motion hearing set for May 9, 2008 at 2:00 p.m. be continued to June 6, 2008 at 1:30 p.m.

Respectfully submitted.

Dated: May 30, 2007     /s/ Kris Kraus
**KRIS KRAUS**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Hernandez-Bello

Dated: May 30, 2007     /s/ Carlos Arguello
**CARLOS ARGUELLO**
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
Email: Efile.dkt.gc2@usdoj.gov

and

Carlos Arguello
Email: Carlos.Arguello@usdoj.gov

Dated: April 25, 2008                                  /s/   Kris  J.  Kraus
KRIS J. KRAUS
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
e-mail: kris_kraus@fd.org