1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE BARRY TED MOSKOWITZ)**

11   UNITED STATES OF AMERICA,              )      CASE NO.  08CR0341-BTM
                                            )
12                    Plaintiff,            )
                                            )      ORDER TO CONTINUE
13   v.                                     )      MOTION HEARING
                                            )
14   FIDEL HERNANDEZ-BELLO,                 )
                                            )
15                    Defendant.            )
                                            )
16   _____  )

17       **IT IS HEREBY ORDERED**, that for good cause, the motion hearing in the above-mentioned case,

18   currently set for May 9, 2008 at 2:00 p.m., be continued to June 6, 2008, at 1:30 p.m.

19       **SO ORDERED.**

20   DATED:  April 25, 2008

21
                                            Honorable Barry Ted Moskowitz
22                                          United States District Judge

23
24
25
26
27
28