```
KAREN P. HEWITT
United States Attorney
CARLOS ARGUELLO
Assistant U.S. Attorney
California State Bar No. 157162
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6252
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>FIDEL HERNANDEZ-BELLO,      )<br>                            )<br>          Defendants.       )<br>_____ ) | Criminal Case No. 08cr0341BTM<br><br>**JOINT MOTION TO CONTINUE<br>MOTION HEARING** |

   IT IS HEREBY JOINTLY MOVED, by and between the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and Defendant Fidel Hernandez-Bello, by and through his counsel, Kris J. Kraus, that the motion hearing in this matter be continued from June 6, 2008, at 1:30 p.m., until July 25, 2008, at 1:30 p.m.

   The parties agree that time is excludable under the Speedy Trial Act as substantive motions have previously been filed and remain pending.

///

///

1  ///

2  ///

3  ///

4  SO MOVED and AGREED.

6  DATED:  June 3, 2008  .    s/Carlos Arguello
7                              CARLOS ARGUELLO
                                Assistant U.S. Attorney

9
10 DATED:  June 3, 2008  .    s/Kris J. Kraus
                                KRIS J. KRAUS
11                              Attorney for Defendant
                                FIDEL HERNANDEZ-BELLO

2