UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0341BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FIDEL HERNANDEZ-BELLO, | ) | |
| | ) | |
| Defendants. | ) | |

   IT IS HEREBY ORDERED that the motion hearing in this matter be continued from June 6, 2008, at 1:30 p.m., until July 25, 2008, at 1:30 p.m.  IT IS FURTHER ORDERED that time will remain excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED:   June 5, 2008

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge