1 | **KRIS J. KRAUS**
California State Bar No. 233699
2 | **JENNIFER L. COON**
California State Bar No. 203913
3 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
4 | San Diego, California 92101-5008
Telephone: (619) 234-8467
5 | email: Kris_Kraus@fd.org
Jennifer_Coon@fd.org

Attorneys for Mr. Hernandez-Bello

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR0341-BTM |
|---|---|---|
| Plaintiff, | ) | DATE: August 14, 2008
TIME: 10:00 a.m. |
| v. | ) | |
| FIDEL HERNANDEZ-BELLO, | ) | NOTICE OF MOTIONS *IN LIMINE* AND MOTIONS *IN LIMINE* TO: |
| Defendant. | ) | (1) PRECLUDE EVIDENCE REGARDING DRIVER'S STATEMENTS AND COUNTERFEIT DOCUMENTS;
(2) PRECLUDE EVIDENCE OF OTHER PASSENGERS IN THE CAR;
(3) PRECLUDE 404(b) AND 609 EVIDENCE;
(4) PRECLUDE A-FILE DOCUMENTS;
(5) COMPEL INSPECTION OF CERTIFIED DOCUMENTS PRE-TRIAL;
(6) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT IMMIGRATION PROCEEDINGS;
(7) PRECLUDE THE "A-FILE CUSTODIAN" FROM TESTIFYING ABOUT DATABASE SEARCHES;
(8) ALLOW IMPEACHMENT OF ALL HEARSAY DECLARANTS;
(9) EXCLUDE WITNESSES ("A-FILE CUSTODIAN");
(10) ALLOW ATTORNEY-CONDUCTED VOIR DIRE;
(11) ORDER PRODUCTION OF GRAND JURY TRANSCRIPTS; AND
(12) GRANT LEAVE TO FILE FURTHER MOTIONS. |

1  TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
           CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:
2

3       PLEASE TAKE NOTICE that on August 14, 2008, at 10:00 a.m. or as soon thereafter as counsel

4  may be heard, the defendant, Fidel Hernandez-Bello, by and through his counsel, Kris J. Kraus, Jennifer L.

5  Coon, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following

6  motions.

## **MOTIONS**

8       Fidel Hernandez-Bello, the accused in this case, by and through his attorneys, Kris J. Kraus, Jennifer

9  L. Coon, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules

10 of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court

11 for an Order to:

12      1) Preclude Evidence Regarding Driver's Statements and Counterfeit Documents;

13      2) Preclude Evidence of Other Passengers in the Car;

14      3) Preclude 404(b) and 609 Evidence;

15      4) Preclude A-File Documents;

16      5) Compel Inspection of Certified Documents Pre-trial;

17      6) Preclude the "A-file Custodian" from Testifying about Immigration Proceedings;

18      7) Preclude the "A-file Custodian" from Testifying about Database Searches;

19      8) Allow Impeachment of All Hearsay Declarants;

20      9) Exclude Witnesses ("A-file Custodian");

21      10) Allow Attorney-Conducted Voir Dire;

22      11) Order Production of Grand Jury Transcripts; and

23      12) Grant Leave to File Further Motions.

24 //

25 //

26 //

27 //

28 //

1    These motions are based upon the instant motions and notice of motions, the attached statement of
2 facts and memorandum of points and authorities, and any and all other materials that may come to this
3 Court's attention at the time of the hearing on these motions.

4                                          Respectfully submitted,

5

6  Dated: August 8, 2008                   */s/ Jennifer L. Coon*
                                           **JENNIFER L. COON**
                                           **KRIS KRAUS**
7                                          Federal Defenders of San Diego, Inc.
                                           Attorneys for Mr. Hernandez-Bello

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos Arguello**
Carlos.Arguello2@usdoj.gov, efile.dkt.gc1@usdoj.gov, Jacquelyn.Mason2@usdoj.gov

Dated: August 8, 2008               /s/ Jennifer L. Coon
                                    JENNIFER L. COON
                                    Federal Defenders of San Diego, Inc.
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    e-mail: Jennifer_Coon@fd.org