**KIS J. KRAUS**
California State Bar Number 233699
**JENNIFER L. COON**
California State Bar Number 203913
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Fidel Hernandez-Bello

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08CR0341-BTM |
| ) | |
| Plaintiff, ) | |
| ) | Date: AUGUST 18, 2008 |
| v. ) | Time 9:00 A.M. |
| ) | |
| FIDEL HERNANDEZ-BELLO, ) | |
| ) | **DEFENDANT'S PROPOSED** |
| ) | **VOIR DIRE QUESTIONS** |
| Defendant. ) | |
| ) | |
| ) | |

TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY.

    Fidel Hernandez-Bello, by and through his counsel, Kris J. Kraus, Jennifer L. Coon, and Federal Defenders of San Diego, Inc., requests that the Court permit the following voir dire questions

                    Respectfully submitted,


                    /s/ Kris Kraus
Dated: August 18, 2008      **KRIS J. KRAUS**
                    **JENNIFER L. COON**
                    Federal Defenders of San Diego, Inc.
                    Attorneys for Mr. Hernandez-Bello

**PROPOSED VOIR DIRE QUESTIONS**

1) Does anyone feel that the immigration laws in our country are too lenient? Explain.

2) Because the government has accused Mr. Hernandez-Bello of a crime, the burden rests with the government to prove that Mr. Hernandez-Bello is guilty beyond a reasonable doubt. Unless the government meets that burden, you must find Mr. Hernandez-Bello not guilty. Before hearing any evidence at all how do you judge Mr. Hernandez-Bello?

3) Is there anyone who feels that the burden of proof in a criminal case should be on the defendant to prove that he is not guilty? Why is the burden on the government?

4) The Court will instruct you on the law. Does everyone promise that you will follow the law as the Court instructs you?

5) It is my job and duty to ask some very tough questions of the law enforcement officers in this trial. I will be asking them about some things that they have done, or maybe some of the things they haven't done. Do you all promise me that you will not hold those questions against Mr. Hernandez-Bello? Do I have your permission to ask those tough questions?

6) If I told you that you would have to determine Mr. Hernandez-Bello's guilt or innocence without having any idea of what kind of penalty he faces, would anyone have a problem with that?

7) Everyone accused of committing a crime in this country enjoys the right to a trial by jury and due process. Is there anyone who thinks that if a person is not a citizen of our country, they should not be entitled to a trial by jury, to due process?

8) The Court will instruct you that a unanimous verdict is required. Can you all promise me that if you feel strongly that the evidence points to either innocence, or guilt, you will not abandon your point of view simply because the others do not share your opinion? Do you promise not to change your mind simply because others would like you to?

1 **CERTIFICATE OF SERVICE**

3    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
4 information and belief, and that a copy of the foregoing document has been served this day upon:

Carlos Arguello
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email:carlos.arguello@usdoj.gov

12 Dated: August 14, 2008                        /s/  Kris J. Kraus
                                                KRIS J. KRAUS
                                                Federal Defenders
                                                225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
                                                (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
                                                e-mail: kris_kraus@fd.org