**KRIS J. KRAUS**
California State Bar No. 233699
**JENNIFER L. COON**
California State Bar No. 203913
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
emails: Kris_Kraus@fd.org; Jennifer_Coon@fd.org

Attorneys for Mr. Hernandez-Bello

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.08CR0341-BTM |
| Plaintiff, ) | DATE: Augst 18, 2008 |
| ) | TIME: 9:00 a.m. |
| v. ) | |
| ) | DEFENDANT'S PROPOSED JURY INSTRUCTION |
| FIDEL HERNANDEZ-BELLO, ) | |
| Defendant. ) | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
       CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:

The defendant, Fidel Hernandez-Bello, by and through counsel, Kris J. Kraus, Jennifer Coon and Federal Defenders of San Diego, Inc., and pursuant to Fed. R. Crim. P. 30, requests that the Court instruct the jury on the law as set forth herein.

Respectfully submitted,

Dated: August 14, 2008        */s/ Jennifer L. Coon*
                              **JENNIFER L. COON**
                              **KRIS KRAUS**
                              Federal Defenders of San Diego, Inc.
                              Attorneys for Mr. Hernandez-Bello

COURT'S INSTRUCTION NO. __

DEFENDANT'S PROPOSED INSTRUCTION NO. 1

## THEORY OF DEFENSE

It is the government's burden to prove each and every element of the offense beyond a reasonable doubt. Among other elements in this case, the government must prove beyond a reasonable doubt that Mr. Hernandez-Bello had the purpose, that is, conscious desire to enter the United States without the express consent of the Attorney General or the Secretary of the Department of Homeland Security or one of their agents to reapply for admission, and that he knowingly and intentionally committed an overt act that was a substantial step towards entering the United States without that consent. Mr. Hernandez-Bello's theory of the case is that he did not have the conscious desire to enter the United States without consent to reapply for admission, and that he did not knowingly and intentionally commit an overt act that was a substantial step towards reentry without consent. After considering the facts and other evidence presented in this case, if you are left with a reasonable doubt about whether Mr. Hernandez-Bello had the conscious desire to enter the United States without consent to reapply for admission, or about whether he knowingly and intentionally committed an overt act that was a substantial step towards reentry without consent, you must render a verdict of not guilty.

GIVEN _____

GIVEN AS MODIFIED _____

REFUSED _____

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that this pleading is true and accurate to the best of information and belief, and that a copy of the document has been caused to be delivered this day upon:

Courtesy Copy Court

Copy Carlos Arguello, Assistant U.S. Attorney via ECF/NEF

Dated: August 14, 2008
                */s/ Jennifer L. Coon*
                JENNIFER L. COON
                Federal Defenders of San Diego, Inc.
                225 Broadway, Suite 900
                San Diego, CA 92101-5030
                (619) 234-8467  (tel)
                (619) 687-2666  (fax)
                e-mail: Jennifer_Coon@fd.org