MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

USA    VS    FIDEL HERNANDEZ-BELLO

X Plaintiff    ___ Defendant    ___ Court    Type of Hearing: JURY TRIAL

Case Number: 08CR0341-BTM

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | 8/18/08 | 8/18/08 | AERIAL PHOTO OF SAN YSIDRO PORT OF ENTRY |
| 2 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-FRONT VIEW |
| 3 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-BACK VIEW |
| 4 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-SIDE VIEW |
| 5 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-REAR-FRONT INTERIOR |
| 6 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-REAR AREA WITH BENCH SEAT COVER |
| 7 | 8/18/08 | 8/18/08 | PHOTO OF SILVERADO PICKUP-REAR AREA WITHOUT BENCH SEAT COVER |
| 8 | 8/18/08 | 8/18/08 | PHOTO OF REAR BENCH COVER |
| 9 | 8/18/08 | 8/18/08 | ORDER OF IMMIGRATION JUDGE : DTD 11/7/05 |
| 10 | 8/18/08 | 8/18/08 | WARNING TO ALIEN DATED 11/7/05 |
| 11 | 8/18/08 | 8/18/08 | WARRANTS OF DEPORTATION DTD: 11/7/05 |
|  |  |  |  |
|  |  |  |  |
| 13 | 8/19/08 |  | STIPULATION REGARDING ALIENAGE OF DFT (ID ONLY) |
| 14 | 8/19/08 |  | STIPULATION REGARDING FINGERPRINTS OF DFT (ID ONLY) |

K:\COMMON\CRT_CLRK\MOSKOWIT\08-0341govtexh.wpd