# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br>vs.<br><br>FIDEL HERNANDEZ-BELLO,<br><br>               Defendant. | Crim. Case No. 08cr0341-BTM<br><br>V E R D I C T |

We, the jury in the above-captioned case, return the following unanimous verdict.

1. On the charge that:

    On or about January 30, 2008, within the Southern District of California, defendant FIDEL HERNANDEZ-BELLO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

    We find FIDEL HERNANDEZ-BELLO, ___Guilty___.
    (not guilty or guilty)

2. If you find the defendant FIDEL HERNANDEZ-BELLO guilty, answer the following question:

    We unanimously find that the government ___HAS___ proved beyond a
    (has not/has)

    reasonable doubt that the defendant FIDEL HERNANDEZ-BELLO was removed from the United States subsequent to February 3, 2005.

SO SAY WE ALL

Dated: 8/19/2008
San Diego, California

_____
Foreperson of the Jury

08cr0341